```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEE PAPER COMPANY, INC        :        CIVIL ACTION
                              :
     v.                       :
                              :
RICHARD LOOS                  :
                              :        NO. 15-1513
```

ORDER

AND NOW, this 17th day of September, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Richard Loos to vacate the default judgment (Doc. # 11) is DENIED.

```
                         BY THE COURT:


                         /s/ Harvey Bartle III_____
                                                   J.
```