```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DEE PAPER COMPANY, INC.           :        CIVIL ACTION
                                  :
           v.                     :
                                  :
RICHARD LOOS, et al.              :        NO. 15-1513
```

ORDER

AND NOW, this 29th day of February, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of plaintiff Dee Paper Company, Inc. for judgment on the pleadings or in the alternative for default judgment against garnishee JP Morgan Chase Bank, N.A. (Doc. # 22) is DENIED.

```
                                  BY THE COURT:


                                  /s/ Harvey Bartle III
                                                      J.
```